UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEON A. FISCHER, derivatively on behalf of CABOT OIL & GAS CORPORATION n/k/a COTERRA ENERGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DAN O. DINGES, SCOTT C. SCHROEDER, PHILLIP L. STALNAKER, DOROTHY M. ABLES, RHYS J. BEST, ROBERT S. BOSWELL, AMANDA M. BROCK, PETER B. DELANEY, ROBERT KELLEY, ROBERT L. KEISER, W. MATT RALLS, and MARCUS A. WATTS, <br><br> *Defendants*, <br><br> and <br><br> CABOT OIL & GAS CORPORATION n/k/a COTERRA ENERGY INC., <br><br> *Nominal Defendant*. | Civil Action No. 4:24-cv-02223 |

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 23.1(c), the Court approves Plaintiff's dismissal of this action and has determined that notice to shareholders is not required. It is hereby ordered that Plaintiff's claims in this action are dismissed without prejudice. The Clerk will terminate this matter.

SIGNED this 23d day of May, 2025

_____
UNITED STATES DISTRICT JUDGE